UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RUDERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLA HOLD, LLC DBA AMERICAN LASER SKINCARE,<br><br>　　　　Defendant. | Case No.　14-cv-02224-MEJ<br><br>**ORDER VACATING CMC**<br><br>**CASE MANAGEMENT ORDER** |

This matter is currently scheduled for a Case Management Conference on August 14, 2014. Having reviewed the parties' CMC Statement, the Court VACATES the August 14 Conference and ORDERS as follows:

　　1)　The parties are referred to mediation;

　　2)　Class certification discovery shall be completed by February 26, 2015; and

　　3)　Plaintiff shall file any motion for class certification by March 26, 2015.

**IT IS SO ORDERED.**

Dated: August 11, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge