UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RUDERMAN, Individually, And On Behalf of All Others Similarly Situated,<br>　　　　　Plaintiff(s), | CASE NO. 3:14-cv-02224-MEJ |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| CLA HOLD, LLC dba AMERICAN LASER SKINCARE,<br>　　　　　Defendant(s). | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　☐　Non-binding Arbitration (ADR L.R. 4)
　　☐　Early Neutral Evaluation (ENE)　(ADR L.R. 5)
　　☐　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
　x　Private ADR (*please identify process and provider*)  Hon. Edward A. Infante, JAMS

The parties agree to hold the ADR session by:
　　☐　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

　　X　other requested deadline: January 31, 2015


Dated: October 23, 2014　　　　　　　　　　　s/Todd M. Friedman
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: October 24, 2014　　　　　　　　　　　s/David S. Eisen
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant


CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: October 24, 2014

_____
UNITED STATES JUDGE MARIA-ELENA JAMES

**PROOF OF SERVICE**

I, Todd M. Friedman, state the following: I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 324 S. Beverly Dr., #725, Beverly Hills, CA 90212.  On October 24, 2014, I served the following documents:

PLAINTIFF'S CASE MANAGEMENT STATEMENT

On the parties listed below:

David S. Eisen
david.eisen@wilsonelser.com
Craig C. Hunter
craig.hunterwilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
555 South Flower St., Suite 2900
Los Angeles CA 90071

By the following means of service:

[X]  **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]  **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on October 24,  2014, at Beverly Hills, California.

By: /s/ Todd M. Friedman
Todd M. Friedman