UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RUDERMAN,<br><br>           Plaintiff,<br><br>      v.<br><br>CLA HOLD, LLC DBA AMERICAN LASER SKINCARE,<br><br>           Defendant. | Case No. 14-cv-02224-MEJ<br><br>**ORDER RE BANKRUPTCY STAY** |

On May 22, 2015, the parties filed a Joint Status Report, stating that the parties have abstained from litigating this case any further because Defendant has filed a petition for bankruptcy. Dkt. No. 18. The parties request that the Court stay this case, pending a resolution of the bankruptcy proceedings. Good cause appearing, the parties' request as GRANTED. As a stay is in effect and there appears no further reason to maintain the file as an open one for statistical purposes,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

**IT IS FURTHER ORDERED** that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: May 26, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge